L. BLACK COMPANY, Respondent, *v.* LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Appellant.

*Insurance — warranty — action to recover on policy of credit insurance — alleged false statements in application.*

Black Co. v. London Guarantee & Accident Co., Ltd., 190 App. Div. 218, affirmed.

(Argued October 26, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered January 5, 1920, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a policy of credit insurance. The defense was that plaintiff had made false statements in its application constituting a breach of warranty. (See 216 N. Y. 560.)

*Eugene Raines* and *E. J. Page* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.